IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERESA DEL CARMEN PERAZA ACOSTA, and VALENTIN BUSTOS PATRICIO, <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, U.S. CITIZENSHIP AND IMMIGRATION SERVICES "USCIS", MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, U.S. Department of Homeland Security Secretary; UR JADDOU, Assistant Secretary of Homeland Security USCIS; and JEFFREY BEIL, Field Office Director of Omaha, Nebraska USCIS, <br><br> Defendants. | **8:24CV12** <br><br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiffs' Notice of Voluntary Dismissal (Filing No. 14). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed in its entirety, without prejudice.

Dated this 23rd day of April, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge